

# THE THIRTEENTH COURT OF APPEALS

---

13-14-00016-CV

---

Sandra Lea Flinn
v.
Sara Ann Guardiola

---

On Appeal from the
County Court at Law No. 3 of Cameron County, Texas
Trial Cause No. 2013-CCL-0355

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs are taxed against the party incurring same.

We further order this decision certified below for observance.

April 3, 2014